AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)     ☐ Original   ☐ Duplicate Original

**LODGED**
CLERK, U.S. DISTRICT COURT

5/21/2021

CENTRAL DISTRICT OF CALIFORNIA
BY:_____ eva _____DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT

5/21/2021

CENTRAL DISTRICT OF CALIFORNIA
BY:____ KH ____ DEPUTY

United States of America

v.

JUAN CARLOS PEREZ,

Defendant.

Case No.   8:21-mj-00357-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of January 8, 2021 in the county of Orange in the Central District of California, the

defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of ammunition |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*/s/*
*Complainant's signature*

Rudy Valdez, Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:         05/21/2021                    /s/ Autumn D. Spaeth
                                            *Judge's signature*

City and state:   Santa Ana, California        Hon. Autumn D. Spaeth, U.S. Magistrate Judge
                                               *Printed name and title*

AUSA:  Daniel H. Ahn (714-338-3539)

# A F F I D A V I T

I, Rudy Valdez, being duly sworn, hereby declare and state as follows:

## I.  INTRODUCTION

1.    I am a Detective with the Anaheim Police Department ("APD") and also a federally deputized Task Force Officer ("TFO") presently working with the Federal Bureau of Investigation ("FBI").

2.    I am assigned to the Orange County Violent Gang Task Force ("OCVGTF").  The OCVGTF is composed of federal and local law enforcement agencies, including, but not limited to, the FBI, the Internal Revenue Service-Criminal Investigations, the Bureau of Alcohol, Tobacco, Firearms, and Explosives, the Santa Ana Police Department, and detectives from the APD.  The OCVGTF is responsible for, among other things, investigating violations of federal law committed by criminal street gangs, the Mexican Mafia, and other violent criminal organizations in Orange County.  Prior to this assignment with the FBI, I was an APD Police Officer and have been employed as a sworn officer for approximately thirteen years.

3.    I have specialized training and experience in investigations on criminal street gangs.  During my tenure as a Police Officer, as well as an FBI TFO, I have conducted and participated in numerous investigations of criminal activity, specifically including narcotics trafficking and violent offenses committed by street gangs.  Since joining the OCVGTF in 2019, I have specialized in investigations of the Mexican Mafia

1

and its subordinate gangs in Orange County.  As part of these investigations, I have also learned about the drug trafficking organizations that supply street gangs with illegal narcotics.

## II. <u>PURPOSE OF AFFIDAVIT</u>

4.    This affidavit is made in support of a criminal complaint against and arrest warrant for JUAN CARLOS PEREZ ("PEREZ") for a violation of Title 18, United States Code, Section 922(g)(1) (felon in possession of ammunition).

5.    The facts set forth in this affidavit are based upon information obtained from other law enforcement personnel, my personal knowledge, and my training and experience.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant, and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III. <u>STATEMENT OF PROBABLE CAUSE</u>

### A.    January 8, 2021 Incident Involving PEREZ

6.    I have reviewed police reports prepared by APD Officers Fay, Summers, and Jaimerena, Investigator Ungureanu, and Crime Scene Investigator Gonzalez regarding the incident occurring on or about January 8, 2021, involving the arrest of PEREZ.  Based on my review of the reports and my discussion with Detective Song, I have learned the following facts:

2

a.    On January 8, 2021, at about 8:41 a.m., Officer Summers responded to the area of Lincoln Avenue and Brookhurst Street in the City of Anaheim, County of Orange, for a "hit-run" call.  Upon arrival, approximately 14 minutes after the hit-run, Officer Summers learned one of the drivers fled the scene in a black BMW 328 (California Plate # 6PSS606) after colliding with another vehicle.  Officer Summers was directed by witnesses to the suspect's vehicle which was found parked in a nearby parking lot.  The BMW was registered to Juan Perez at 831 S. Beach Blvd, Anaheim, CA 92804 (Rainbow Inn Motel).  Witnesses last saw the suspect fleeing eastbound on Lincoln Avenue from Brookhurst Street.  A witness described the suspect to be a Hispanic male, mid 20's, 170-180 pounds, shaved head, wearing black pants and a black t-shirt with a white logo.  Officers were unable to locate the suspect during an area check or a check at the listed registered owner's address.

b.    Officer Summers conducted an inventory search before impounding the BMW.  While searching the vehicle, Officer Summers located an open black pouch on the floorboard directly behind the front passenger seat with a pistol inside.  The firearm was a silver .32 caliber semi-automatic pistol, model L32, with the serial number obliterated with deep scratches.  The firearm was loaded with eight live rounds inside the magazine and none in the chamber.  The ammunition had a copper casing with a full metal bronze jacket finish.  The ammunition had the markings "F.C. 32 AUTO" on the rim with the letter "A" on the primer.

c.    Officer Summers continued searching the vehicle and located booking paperwork belonging to "Juan Carlos Perez" with a booking number "FSB19000904" out of San Bernardino County Sheriff's Department.  Officer Jaimerena contacted San Bernardino County Sheriff's Department and obtained a date of birth and California Driver's license for PEREZ.  PEREZ's physical descriptors matched the description of the suspect given to officers by witnesses.  A records check on PEREZ showed he was on active search and seizure probation.  The records check also showed PEREZ had an active arrest warrant for felon in possession of a firearm.

d.    Officer Summers was also directed to a black jacket that a witness observed the suspect discard as he fled the scene.  Officer Summers searched the jacket and located a yellow baggy containing a crystalline substance which he recognized as methamphetamine.  The baggie was located inside the front left breast pocket of the jacket.  The baggie with methamphetamine weighed approximately 0.5 grams.  A glass pipe that had a bulb at one end and black/white residue inside was also located near the jacket.  Officer Summers recognized this glass pipe to be a methamphetamine pipe.

e.    Officer Summers completed a six-pack photo lineup of PEREZ, with PEREZ being in position number three.  Officer Fay spoke with a witness, D.E., who saw the accident and observed the suspect flee in the vehicle.  D.E. took video of the suspect as the suspect fled on foot.  D.E. told Officer Fay that he would be able to identify the suspect if he saw him again.  Officer Fay

4

presented a six-pack photo lineup to D.E. that was created by Officer Summers.  D.E. almost immediately stated the subject in position number three was the suspect.

       f.    A week later, on January 15, 2021, at about 6:00 p.m., Investigator Ungureanu was able to locate PEREZ at the Rainbow Inn Motel located at 831 S. Beach Blvd, room 204, Anaheim.  A records check on the black BMW 328 (California Plate # 6PSS606) that PEREZ was driving during the traffic accident showed the vehicle was registered to 831 S. Beach.  Investigator Ungureanu and his partners conducted surveillance at this location.  Investigator Ungureanu was able to see PEREZ exit room 218 and enter room 204.  APD Officers gave PEREZ announcements to come out of the room, with which he subsequently complied. Investigator Ungureanu read PEREZ his Miranda Rights, and PEREZ agreed to speak with him.  PEREZ admitted to getting into an accident in the black BMW and fleeing the scene in the area of Lincoln Avenue and Brookhurst Street.  PEREZ admitted he uses methamphetamine and said he is the owner of the methamphetamine and methamphetamine pipe that were located.  PEREZ also admitted the firearm located in his vehicle belonged to him and his DNA was going to be on the firearm.  PEREZ said he is from a criminal street gang called "Crow Village" and goes by the moniker of "Knuckles."

       **B.**    **PEREZ's Criminal History**

    7.    I have reviewed PEREZ's criminal history for felony convictions.  Based on my review of those records, I have learned

that PEREZ was convicted of the following felonies on or about the dates specified below:

      a.    On February 2, 2018, for vandalism, in violation of California Penal Code ("CPC") § 594(A)-(B)(1), in Orange County Superior Court, Case No. 18WF0242, for which he was sentenced to 3 years' probation and 26 days in jail;

      b.    On August 31, 2018, for assault with a deadly weapon, in violation of CPC § 245(A)(1), in Orange County Superior Court, Case No. 18CF2229, for which he was sentenced to 3 years' probation and 180 days in jail; and

      c.    On August 14, 2020, for felon in possession of a firearm, in violation of CPC § 29800(A)(1), and for gang enhancements, in violation of CPC § 186.22, in Orange County Superior Court, Case No. 20WF1375, for which he was sentenced to 3 years' probation and 270 days in jail.

### C.    Interstate Nexus

    8.    On April 8, 2021, I contacted FBI Special Agent ("SA") and Firearms Instructor Trevor Twitchell regarding the weapon and ammunition recovered in this case.  On April 8, 2021, SA Twitchell examined the firearm and ammunition.  During his review, SA Twitchell determined that the firearm and ammunition recovered were the following:

      a.    A Lorcin, model L32, .32mm caliber semi-automatic handgun with the serial number scratched off.  Based on SA

Twitchell's review of the firearm, SA Twitchell informed me that the pistol was manufactured in California.

        b.    Eight rounds of .32mm caliber ammunition, stamped FC .32mm Auto.  Based on SA Twitchell's review of the ammunition, SA Twitchell informed me that it was manufactured in either Idaho, Minnesota, or Missouri.

## IV. CONCLUSION

9.    For all the reasons described above, there is probable cause to believe that PEREZ has committed a violation of Title 18, United States Code, Section 922(g)(1) (felon in possession of ammunition).

Attested by the applicant in
accordance with the
requirements of Fed. R. Crim.
P. 4.1 by telephone on this
<u>21st</u> day of May, 2021.

<u>     /s/ Autumn D. Speth     </u>
HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE